# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BOATWRIGHT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC GAS & ELECTRIC COMPANY INC., a California corporation, and DOES 1-25, inclusive,<br><br>　　　　Defendants. | CASE NO. 16-cv-02378-WHO<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S MOTION FOR SUMMARY JUDGMENT HEARING DATE**<br><br><br>Action Filed: March 25, 2016<br>Trial Date:　 August 28, 2017 |

2031-1014 / 690455.1

Case No. 16-cv-02378-WHO
ORDER GRANTING JOINT STIPULATION TO CONTINUE DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S MOTION FOR SUMMARY JUDGMENT HEARING DATE

1     The Court having reviewed the Joint Stipulation to Continue Defendant Pacific Gas and Electric Company's Motion for Summary Judgment hearing date from May 24, 2017 to May 31, 2017 at 2:00 p.m. is HEREBY GRANTED.

**IT IS SO ORDERED**

Dated: May 1, 2017

                                                  Hon. William Orrick
                                                  Judge, United States District Court

2     Case No. 16-cv-02378-WHO
ORDER GRANTING JOINT STIPULATION TO CONTINUE DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S MOTION FOR SUMMARY JUDGMENT HEARING DATE

2031-1014 / 690455.1